John D. Sullivan, ISB #9190
HOLLAND & HART LLP
401 N. 31st Street, Suite 1500
P.O. Box 639
Billings, MT 59103-0639
Telephone: (406) 252-2166
Facsimile: (406) 252-1669
Email: jdsullivan@hollandhart.com

Greg E. Goldberg (admitted *pro hac vice*)
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO: (303) 295-8000
Facsimile: (303) 727-5848
Email: ggoldberg@hollandhart.com

Attorneys for Defendants Ryan Hatch, America Health, Inc., AAA American Healthcare, LLC dba Amerihealth, Stat Diagnostics, Inc., and America Healthcare, Inc.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN HATCH, ALBAN HATCH, AMERICA HEALTH, INC., AAA AMERICAN HEALTHCARE, LLC dba AMERIHEALTH, STAT DIAGNOSTICS, INC. and AMERICA HEALTHCARE, INC.<br><br>Defendants. | Case No. 1:23-cv-00566-DKG<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to FRCP 7.1, Defendants America Health, Inc., AAA American Healthcare, LLC dba Amerihealth, Stat Diagnostics, Inc., and America Healthcare, Inc., by and through their attorneys, Holland & Hart, LLP, provide the following information:

1. America Health, Inc. has no parent corporation and there is no publicly held corporation owning 10 percent or more of its stock.

2. AAA American Healthcare, LLC dba Amerihealth, has no parent corporation and there is no publicly held corporation owning 10 percent or more of its stock.

3. Stat Diagnostics, Inc. has no parent corporation and there is no publicly held corporation owning 10 percent or more of its stock.

4. America Healthcare, Inc. has no parent corporation and there is no publicly held corporation owning 10 percent or more of its stock.

DATED this 22nd day of December, 2023.

/s/ John D. Sullivan
John D. Sullivan
HOLLAND & HART LLP

Attorneys for Defendants Ryan Hatch, America Health, Inc., AAA American Healthcare, LLC dba Amerihealth, Stat Diagnostics, Inc., and America Healthcare Inc.

31117137_v1