JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
**ROBERT B. FIRPO, CALIFORNIA STATE BAR NO. 243991**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
1290 W. MYRTLE ST., SUITE 500
BOISE, ID 83702
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-9375
Email: Robert.Firpo@usdoj.gov

Attorneys for Plaintiff United States

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>RYAN HATCH, ALBAN HATCH, AMERICA HEALTH, INC., AAA AMERICAN HEALTHCARE, LLC dba AMERIHEALTH,[1] STAT DIAGNOSTICS, INC., and AMERICA HEALTHCARE, INC.,<br><br>   Defendants. | Case NO. 4:23-cv-00566-DKG<br><br>**JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT** |

   The United States of America ("United States"), Ryan Hatch and Alban Hatch ("the

Hatches"), and America Health, Inc., AAA American Health Care, LLC dba as AmeriHealth,

Stat Diagnostics, Inc., and America Healthcare, Inc. (the "Corporate Defendants," or together

---

[1] These defendants are unrelated to Amerihealth New Jersey Holdings, LLC, AmeriHealth HMO, Inc., AmeriHealth Insurance Company of New Jersey, or Amerihealth Caritas, or any Amerihealth entities related to those entities named in this footnote.

JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT – 1

with the Hatches, "Defendants"), hereby jointly move for entry of a Consent Judgment, in substantially the same form as attached as Attachment A, in order to resolve this case.

The Parties agree that the Consent Judgment shall award judgment in favor of the United States and against Defendants on Claim 1 in the United States' Complaint. *See* ECF No. 1. The Parties further agree that the remaining claims in the Complaint are resolved under this Consent Judgment without a finding or admission of liability. Entry of the Consent Judgment as proposed will enable the Parties to resolve this case quickly while saving the Parties and the Court from expending unnecessary litigation resources.

The Parties jointly agree and stipulate to the following "Recitals":

## RECITALS

1. On December 15, 2023, the United States filed a Complaint against Defendants. The Complaint alleged unlawful conduct by Defendants including civil violations of the False Claims Act (FCA), *see* 31 U.S.C. § 3729, the Controlled Substances Act, *see* 21 U.S.C. § 842, and common law fraud. *See* Complaint (ECF No. 1) at ¶¶ 46-88. The claims and allegations in the Complaint stem from Defendants' ownership and operation of the AmeriHealth health clinics operated by Corporate Defendants in eastern Idaho between 2016 and 2022.

2. The Parties stipulate and agree that the Court has jurisdiction over the Parties and the subject matter of this civil action.

3. The Hatches stipulate and admit that they own and operate health clinics in eastern Idaho through various business entities, including the Corporate Defendants. Defendants admit that they employ medical providers at their health clinics, including nurse practitioners and doctors, and that those practitioners prescribe controlled substances. Defendants further admit that they employed Prescriber 1 and Prescriber 2 as outlined in the Complaint, and that

Defendants caused the submission of claims to federal insurance programs related to services provided or ordered by practitioners employed by Defendants.

4. Following productive settlement discussions, the Parties have agreed to resolve this case in its entirety through entry of the attached Consent Judgment.

5. Defendants agree and consent to entry of the Consent Judgment. Defendants agree and understand that the Consent Judgment will be entered against them without trial or contested adjudication of any fact or law. Defendants further agree to waive any appeal of the Consent Judgment.

6. The Parties agree that the Consent Judgment shall award judgment in favor of the United States and against Defendants on Claim 1 in the Complaint, which Claim is admitted by the Defendants. The Parties also agree that the Consent Judgment will resolve and release the remaining claims in the Complaint (Claims 2, 3, 4, and 5) without admission of wrongdoing or finding of liability against Defendants. Defendants deny the allegations set forth in Claims 2, 3, 4, and 5.

Accordingly, the Parties jointly request that the Court enter a Consent Judgment consistent with the terms in the Proposed Consent Judgment, and in substantially the same form as set forth in Attachment A.

FILED this 18th day of December, 2023.

12/15/23
Dated

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

ROBERT B. FIRPO
Assistant United States Attorney
For Plaintiff United States

JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT – 3

12-14-2023
Dated

_____
RYAN HATCH
Defendant
Owner of AAA American Healthcare, LLC
Owner of America Health, Inc.

12/14/23
Dated

_____
GREGORY GOLDBERG
JOHN SULLIVAN
Holland & Hart
Counsel for Defendants Ryan Hatch,
AAA American Healthcare, and America
Health, Inc.

12/14/23
Dated

_____
ALBAN HATCH
Defendant
Owner of AAA American Healthcare, LLC
Owner of America Health, Inc.

12/14/2023
Dated

_____
JEFFREY BROWNSON
Law Office of Jeffrey Brownson
Counsel for Alban Hatch