# ABSTRACT OF JUDGMENT

## NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Address of Parties against whom judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
|---|---|
| **Alban Nelson Hatch**<br><br>665 John Adams, Idaho Falls, ID  83401<br>4201 N. Rushton, Iona, ID  83401<br>1301 E. 17th Street, Idaho Falls, ID  83404<br>1995 E. 17th Street, Idaho Falls, ID  83404<br>4133 N. 45th E., Idaho Falls, ID  83401<br>Parcel RP02N38E022330 / RP02N38E022331<br>Parcel RP02N38E020611<br>Parcel RPC00000010366 / RPC00000010026 | **UNITED STATES OF AMERICA** |

| Amount of Judgment | Names of Creditors' Attorneys | When Docketed and Court Number |
|---|---|---|
| $2,000,000.00 plus future interest, costs, and surcharge | U.S. Attorney's Office<br>Financial Litigation Unit<br>1290 W. Myrtle St., Suite 500<br>Boise, ID  83702<br>Telephone: 208-334-1211 | January 3, 2024<br><br>Civil No. 4:23-cv-00566-DKG |

UNITED STATES OF AMERICA CLERK'S OFFICE, BOISE, IDAHO
U.S. DISTRICT COURT FOR THE DISTRICT OF IDAHO SS.

I CERTIFY, That the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Dated at Boise, Idaho, this 26th day of January, 2024

STEPHEN W. KENYON, CLERK

by D. Van Meer
Deputy Clerk

# ABSTRACT OF JUDGMENT

NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Address of Parties against whom judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
|---|---|
| **Ryan Dell Hatch**<br><br>5636 Veil Dr., Ammon, ID 83406<br>665 John Adams, Idaho Falls, ID 83401<br>1301 E. 17th, Idaho Falls, ID 83404<br>1995 E. 17th, Idaho Falls, ID 83404 | **UNITED STATES OF AMERICA** |

| Amount of Judgment | Names of Creditors' Attorneys | When Docketed and Court Number |
|---|---|---|
| $2,000,000.00 plus future interest, costs, and surcharge | U.S. Attorney's Office<br>Financial Litigation Unit<br>1290 W. Myrtle St., Suite 500<br>Boise, ID 83702<br>Telephone: 208-334-1211 | January 3, 2024<br><br>Civil No. 4:23-cv-00566-DKG |

UNITED STATES OF AMERICA CLERK'S OFFICE, BOISE, IDAHO
U.S. DISTRICT COURT FOR THE DISTRICT OF IDAHO SS.

I CERTIFY, That the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Dated at Boise, Idaho, this 26th day of January, 2024

STEPHEN W. KENYON, CLERK

by _____
Deputy Clerk

# ABSTRACT OF JUDGMENT

## NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Address of Parties against whom judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
|---|---|
| **America Health, Inc.**<br><br>665 John Adams Parkway, Idaho Falls, ID 83401<br>1301 E. 17th Street, Idaho Falls, ID 83404<br>1995 E. 17th Street, Idaho Falls, ID 83404 | **UNITED STATES OF AMERICA** |

| Amount of Judgment | Names of Creditors' Attorneys | When Docketed and Court Number |
|---|---|---|
| $2,000,000.00 plus future interest, costs, and surcharge | U.S. Attorney's Office<br>Financial Litigation Unit<br>1290 W. Myrtle St., Suite 500<br>Boise, ID 83702<br>Telephone: 208-334-1211 | January 3, 2024<br><br>Civil No. 4:23-cv-00566-DKG |

UNITED STATES OF AMERICA CLERK'S OFFICE, BOISE, IDAHO
U.S. DISTRICT COURT FOR THE DISTRICT OF IDAHO SS.

I CERTIFY, That the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Dated at Boise, Idaho, this 26th day of January, 2024

STEPHEN W. KENYON, CLERK

by _____
Deputy Clerk

# ABSTRACT OF JUDGMENT

## NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Address of Parties against whom judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
|---|---|
| America Healthcare, Inc.<br><br>665 John Adams Parkway, Idaho Falls, ID 83401<br>1301 E. 17th Street, Idaho Falls, ID 83404<br>1995 E. 17th Street, Idaho Falls, ID 83404 | UNITED STATES OF AMERICA |

| Amount of Judgment | Names of Creditors' Attorneys | When Docketed and Court Number |
|---|---|---|
| $2,000,000.00 plus future interest, costs, and surcharge | U.S. Attorney's Office<br>Financial Litigation Unit<br>1290 W. Myrtle St., Suite 500<br>Boise, ID 83702<br>Telephone: 208-334-1211 | January 3, 2024<br><br>Civil No. 4:23-cv-00566-DKG |

UNITED STATES OF AMERICA CLERK'S OFFICE, BOISE, IDAHO
U.S. DISTRICT COURT FOR THE DISTRICT OF IDAHO SS.

I CERTIFY, That the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Dated at Boise, Idaho, this 26th day of January, 2024

STEPHEN W. KENYON, CLERK

by _____
Deputy Clerk

# ABSTRACT OF JUDGMENT

NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Address of Parties against whom judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
|---|---|
| AAA American Healthcare, LLC dba AmeriHealth<br><br>665 John Adams Parkway, Idaho Falls, ID 83401<br>1301 E. 17th Street, Idaho Falls, ID 83404<br>1995 E. 17th Street, Idaho Falls, ID 83404 | UNITED STATES OF AMERICA |

| Amount of Judgment | Names of Creditors' Attorneys | When Docketed and Court Number |
|---|---|---|
| $2,000,000.00 plus future interest, costs, and surcharge | U.S. Attorney's Office<br>Financial Litigation Unit<br>1290 W. Myrtle St., Suite 500<br>Boise, ID 83702<br>Telephone: 208-334-1211 | January 3, 2024<br><br>Civil No. 4:23-cv-00566-DKG |

UNITED STATES OF AMERICA CLERK'S OFFICE, BOISE, IDAHO
U.S. DISTRICT COURT FOR THE DISTRICT OF IDAHO SS.

I CERTIFY, That the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Dated at Boise, Idaho, this 26th day of January, 2024

STEPHEN W. KENYON, CLERK

by _____
Deputy Clerk